IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-247-FDW-DCK

| | |
|---|---|
| BURR POTATO COMPANY, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| IGH ENTERPRISES, INC., t/a ) | |
| MITCHUM QUALITY SNACKS, et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 14) filed by Rachel S. Decker, concerning Louis W. Diess, III on May 15, 2017. Mr. Louis W. Diess, III seeks to appear as counsel *pro hac vice* for Plaintiffs Burr Potato Company, Inc. and Dennis and Arden Ramsyer Farms, Ltd. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 14) is **GRANTED.** Mr. Louis W. Diess, III is hereby admitted *pro hac vice* to represent Plaintiffs Burr Potato Company, Inc. and Dennis and Arden Ramsyer Farms, Ltd.

**SO ORDERED**.

Signed: May 16, 2017

David C. Keesler
United States Magistrate Judge